UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-4482 DSF (Ex) | Date | 6/28/10 |
|---|---|---|---|
| Title | Federal Home Loan Mortgage Corp. v. Omar Sanchez | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

  This matter was removed on June 17, 2010, based on federal question jurisdiction. The complaint is a state law unlawful detainer complaint and does not state a federal cause of action.   While the notice of removal states several potential federal defenses to the complaint and federal counterclaims that might be raised, federal jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert.  See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

  The case is REMANDED to the Superior Court of California, County of Los Angeles.

  IT IS SO ORDERED.